UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TROY P. BENOIT | CASE NO. 6:22-CV-05288 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| FOREST MOTEL INC., ET AL. | MAGISTRATE JUDGE AYO |

### O R D E R

Before this Court is a MOTION TO DISMISS pursuant to Fed. R. Civ. P. 12(b)(6) filed by Defendants (Rec. Doc. 13). This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, including the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that, consistent with the report and recommendation, Defendants' MOTION TO DISMISS (Rec. Doc. 13) is DENIED in all respects, preserving Plaintiff's claims in the instant suit for further proceedings.

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this 6th day of November, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE